# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145202(56)

NADIA AWAD,
      Plaintiff-Appellant,

v

GENERAL MOTORS ACCEPTANCE CORP
(GMAC),
      Defendant-Appellee,
and

WAYNE COUNTY BOARD OF COMMISSIONERS
and ORLANS ASSOCIATE, P.C.,
      Defendants.

_____

SC:    145202
CoA:  302692
Wayne CC:  01-013011-CK

      On order of the Chief Justice, the motion by defendant-appellee to reopen this case following the July 13, 2012 order of the Bankruptcy Court granting limited relief from the automatic stay imposed by section 362(a) of the Bankruptcy Code is considered and it is granted. Defendant-appellee may respond to the application for leave to appeal on or before November 6, 2012.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2012

_____
Clerk